# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JUL 30 PM 4: 46
LORETTA G. WHYTE
CLERK

```
***********************************************
KISHANDRA JEFFERSON, et al          *    CIVIL ACTION
                    PLAINTIFFS      *
                                    *    NO. 06-1612
VERSUS                              *    SECTION "D-3"
                                    *
CITY OF NEW ORLEANS, et al          *
                    DEFENDANTS      *
***********************************************
```

## ORDER

CONSIDERING THE ABOVE AND FOREGOING,

IT IS ORDERED that ~~Plaintiff's~~ Defendants file a memorandum in opposition to Plaintiff's Motion in Limine to Exclude Testimony of

Defense Expert Kerry Najolia ~~is GRANTED~~. by 12:00 noon on Thursday, August 2, 2007.

New Orleans, Louisiana this 30th day of July, 2007.

_____
JUDGE