```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

KISHANDRA JEFFERSON, ET AL      *        CIVIL ACTION

VERSUS                          *        NO: 06-1612

CITY OF NEW ORLEANS, ET AL      *        SECTION: "D"(3)
```

### ORDER AND REASONS

Before the court is plaintiffs' **"Motion in Limine to Exclude Testimony Regarding Flailing Body Scenario."** The court has reviewed the memoranda of counsel and their attachments and rules as follows:

That portion of **Dr. McGarry's** report identified as "Response A" is stricken. The content of "Response A" lies outside the field of pathology and intrudes on the ultimate issue of fact which the jury is to determine in this case.

Furthermore, that portion of the autopsy report of **Dr. Traylor, Jr.** wherein he recites "in light of the autopsy findings and materials reviewed it is my opinion that an unreasonable degree of force ('overkill') that resulted in death was employed." That portion of Dr. Traylor's report is likewise stricken for the same reasons stated above.

Additionally, counsel are instructed that neither Dr. McGarry or Dr. Traylor is to make reference to any deposition testimony in this case. Instead, counsel are directed to frame their questions as hypothetical questions and the jury will be instructed to give such weight to the answer to the hypothetical questions propounded by counsel as they deem appropriate considering the accuracy of the facts hypothesized compared to the actual facts as the jury finds them to be in this case.

Plaintiff also seeks to exclude the testimony of **Sergeant Fred Carl Austin, Sr.** to the extent that it deals with "flailing body scenario." The court rules that Sergeant Austin will not be permitted to present any testimony dealing with the subject of the movement of a human body as a result of being shot or testimony in any way related thereto. Sergeant Austin has not been tendered nor shown qualified as an expert in any discipline which would permit such testimony. Accordingly, his testimony will not be permitted as per Federal Rule of Evidence 701.

New Orleans, Louisiana, this **31st** day of **July, 2007**.

                                    _____
                                         A. J. McNAMARA
                                    UNITED STATES DISTRICT JUDGE

2